IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM B. FOGLE,**<br><br>        **Plaintiff**<br><br>    v.<br><br>**CUMBERLAND COUNTY PRISON**<br>**and DEPUTY WARDEN-**<br>**SECURITY**<br>**ILGENFRITZ,**<br><br>        **Defendants** | Civ. No. 1:15-cv-1608<br><br>Judge Rambo<br><br>Magistrate Judge Schwab |

# M E M O R A N D U M

Before this court is a report and recommendation (Doc. 11) filed by the magistrate judge in which she recommends that Fogle's complaint filed pursuant to 42 U.S.C. § 1983 be dismissed. No objections were filed to the report and recommendation. On September 16, 2015, the magistrate judge gave Fogle an opportunity to file an amended complaint by October 14, 2015. No amended complaint was filed.

Upon review of the report and recommendation, the court finds that it cites to the proper law and has appropriately applied that law to the facts of this case. Accordingly, the report and recommendation will be adopted.

                                                                  s/Sylvia H. Rambo
                                                                  United States District Judge

Dated: December 14, 2015