IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM B. FOGLE,**           :
      **Plaintiff**           :           **Civ. No. 1:15-cv-1608**
               :
    **v.**           :
               :           **Judge Rambo**
**CUMBERLAND COUNTY PRISON** :
**and DEPUTY WARDEN-** :
**SECURITY** :
**ILGENFRITZ,** :
               :           **Magistrate Judge Schwab**
    **Defendants**           :

## O R D E R

**AND NOW**, this 14th day of December, 2015, **IT IS HEREBY**

**ORDERED** as follows:

1) The report and recommendation (Doc. 11) is **ADOPTED**.

2) The captioned action is **DISMISSED WITH PREJUDICE**.

3) The clerk of court shall close the file.

4) Any appeal from this order is deemed frivolous and not

    taken in good faith.

                      s/Sylvia H. Rambo
                      United States District Judge

Dated: December 14, 2015